

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 09-30797 WTT |
| DOUGLAS ALAN JENKINS ) | Chapter 7 |
| TAMMY ANN JENKINS ) | |
| ) | NOTICE OF PAYMENT OF |
| Debtor (s) ) | FUNDS INTO THE REGISTRY |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On November 22, 2010, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained two claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437728524.

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 8 |
| Claimant: | American Infosource LP As Agent for T-Mobile/T-Mobile USA, Inc.<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| Claim Amount: | $112.42 |
| Distribution: | $3.53 |
| Claim No.: | 11 |
| Claimant: | Checknet, Inc.<br>746 East 1910 South, #3<br>Provo, UT 84606 |
| Claim Amount: | $158.08 |
| Distribution: | $4.96 |

5. Checks in the amounts of $3.53 and $4.96 representing the foregoing claims have been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and are enclosed herein.

DATED: 11-23-2010

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 29th day of November, 2010:

AMERICAN INFOSOURCE LP AS AGENT FOR
T-MOBILE/T-MOBILE USA, INC.
PO BOX 248848
OKLAHOMA CITY, OK 73124-8848

CHECKNET, INC.
746 EAST 1910 SOUTH, #3
PROVO, UT 84606

*Melanie Valderrama*